No. 55. PACIFIC GAS & ELECTRIC Co. *v.* SECURITIES & EXCHANGE COMMISSION.

Argued December 4, 1944. Decided March 12, 1945. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE DOUGLAS took no part in

the consideration or decision of this case. *Mr. Herman Phleger,* with whom *Messrs. Wm. B. Bosley,. Robert H. Gerdes* and *James S. Moore, Jr.* were on the brief, for petitioner. *Mr. Chester T. Lane,* with whom *Solicitor General Fahy, Messrs. Roger S. Foster, Milton V. Freeman, David K. Kadane* and *Arnold R. Ginsburg* were on the brief, for respondent.